NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

David C. Wakefield, Esq.    Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.241.7112; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com

CLEAR FORM

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE WIGGINS, UAAAC MEMBER; ANNA MARIE WIGGINS IN BEHALF OF ROBERT AARON MCKISSICK; UNITED AFRICAN ASIAN ABILITIES CLUB<br>Plaintiff(s),<br>v.<br>MAURICE MITCHEL; and DOES 1 THROUGH 10, Inclusive<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for BER; ANNA MARIE WIGGINS IN BEHALF OF ROBERT AARON MCKISSI or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MAURICE MITCHEL | NONE |

01/02/2018
Date

s/David C. Wakefield
Signature

Attorney of record for (or name of party appearing in pro per):

David C. Wakefield