R. Christopher Harshman, Esq. (248214)
chris@packetlaw.com
DAVID M. SHABY II & ASSOCIATES
11949 Jefferson Blvd. Ste 104
Culver City, California 90230
Telephone:  (310) 827-7171
Facsimile:   (310) 382-2092

*Attorneys for Defendant Estate of Maurice Mitchel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Anna Marie Wiggins, *et al*, | Case no. 2:18-cv-00032-KS |
|---|---|
| Plaintiffs, | Assigned to Hon. Karen L. Stevenson |
| vs. | **NOTICE OF NON-SERVICE OF AMENDED COMPLAINT** |
| Maurice Mitchel, *et al*, | |
| Defendants. | |

**To the Court, All Parties, and their Attorneys of Record**:

**Please take notice** that defendant Estate of Maurice Mitchel (incorrectly named as "Maurice Mitchel") ("Defendant") was served with the summons and complaint in this action on or about January 16, 2018. Defendant is now informed and believes that a first amended complaint ("FAC") was filed in this action on or about February 3, 2018.

Please take further notice that Defendant has **not** been served with the FAC in accordance with Fed. R. Civ. P. 5(b)(2)(A)-(D); nor Rule 5(b)(2)(E)-(F) (no written consent to service electronically or "any other means;" first appearance March 19, 2018 (L.R. 5-3.2.1)). Defendant cannot answer or respond to what it has not been served with.

Respectfully submitted,

DAVID M. SHABY II & ASSOCIATES

Date: March 19, 2018      By: /s/ R. Christopher Harshman
　　　　　　　　　　　　　　　R. Christopher Harshman, Esq.
　　　　　　　　　　　　　　　Attorneys for Defendant Estate of Maurice Mitchel