David C. Wakefield, Esq.   Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.241.7112; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE WIGGINS, UAAAC MEMBER; ANNA MARIE WIGGINS IN BEHALF OF ROBERT AARON MCKISSICK; UNITED AFRICAN-ASIAN ABILITIES CLUB;<br><br>**Plaintiffs,**<br><br>v.<br><br>**MAURICE MITCHEL; AND DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants.** | Case No: 2:18-cv-00032-MWF-JC<br><br>**NOTICE OF MOTION IN SUPPORT OF THE MEMORANDUM OF POINTS AND AUTHORITIES FOR MOTION FOR A PRELIMINARY INJUNCTION**<br><br>DATE: May 14, 2018<br>TIME: 10:00 a.m<br>JUDGE: Honorable Michael W. Fitzgerald<br>COURT: First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012 |

PLEASE BE NOTICED THAT:

On May 14, 2018, Plaintiff's MEMORANDUM OF POINTS AND AUTHORITIES FOR THE MOTION FOR A PRELIMINARY INJUNCTION will be heard before Honorable Michael W. Fitzgerald in First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012 at 10:00 AM.

| | |
|---|---|
| Respectfully submitted: | LAW OFFICES OF DAVID C. WAKEFIELD |
| Dated: April 1, 2018 | |
| | By: <u>/s/David C. Wakefield</u><br>DAVID C. WAKEFIELD, ESQ.<br>Attorney for Plaintiffs |